UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOHN FUNDOCK,** | : |
| Plaintiff, | : |
| | : Civil Action No.: 3:15-cv-00652-JCH |
| v. | : |
| **IMMEDIATE MEDICAL CARE CENTER, INC., ET AL.,** | : |
| | : January 28, 2016 |
| Defendants | : |

### STIPULATION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the plaintiff, on consent and joined by the parties hereto, stipulates and agrees that this action may be dismissed with prejudice, and without costs or attorneys' fees being awarded to any of these named parties, upon Order of the Court and upon such terms and conditions as the Court deems proper, specifically including retaining jurisdiction to enforce the terms of the Settlement Agreement, if necessary, and that judgment enter accordingly.

| PLAINTIFF | DEFENDANTS |
|---|---|
| **JOHN FUNDOCK** | **IMMEDIATE MEDICAL CARE CENTER, INC. D/B/A HARTFORD MEDICAL GROUP, HHC PHYSICIANSCARE, INC. D/B/A HARTFORD MEDICAL GROUP, HARTFORD HEALTHCARE CORPORATION, RITA PARISI AND KENT STAHL** |
| /s/ | |
| Matthew D. Gordon (ct02355) | |
| Nicholas Ouellette (ct28654) | |
| Matthew Dallas Gordon LLC | |
| 836 Farmington Ave., Suite 221A | /s/ |
| West Hartford, CT 06119 | Lori B. Alexander (ct08970) |
| Telephone: 860.523.0471 | Elizabeth R. McKenna (ct28113) |
| Facsimile: 860.523.0472 | Littler Mendelson, P.C. |
| nouellette@mdgordonlaw.com | One Century Tower |
| | 265 Church Street, Suite 300 |
| | New Haven, CT  06510 |
| | Telephone: 203.974.8700 |
| | Facsimile: 203.974.8799 |

## CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of January, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/_____
Nicholas Ouellette